```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01598-MDF
Ronald W. Keller, II                                            Chapter 7
Brenda Lee Keller
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: admin                 Page 1 of 2                  Date Rcvd: Jul 27, 2016
                              Form ID: 318                Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db/jdb         +Ronald W. Keller, II,   Brenda Lee Keller,    5212 Royal Drive,   Mechanicsburg, PA 17055-3512
4777721         Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4777725         Computer Credit, Inc.,   470 West Hanes Mill Road,   PO Box 5238,
                 Winston Salem, NC 27113-5238
4777728        +Dr. Jeffrey A. Marks, DPM,   161 Old School House Lane,   Suite 2,
                 Mechanicsburg, PA 17055-5680
4777729        +Holy Spirit Hospital,   503 North 21st St.,   Camp Hill, PA 17011-2288
4777731        +Home Point Financial,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
4777739        +Revenue Collection,   P.O. Box 2103,   Mechanicsburg, PA 17055-2103
4777742        +The Danbury Mint,   47 Richards Ave,   Norwalk, CT 06857-0001
4777743         US Small Business Administration,   301 Tom Martin Drive,   Suite 120,   Birmingham, AL 35210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4777726         EDI: DISCOVER.COM Jul 27 2016 19:03:00     Discover Financial Services LLC,   P.O. Box 15316,
                 Wilmington, DE 19850
4777732        +E-mail/Text: bk@lendingclub.com Jul 27 2016 19:07:21     Lending Club Corporation,
                 71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
4777733        +E-mail/Text: unger@members1st.org Jul 27 2016 19:07:32     Members 1st FCU,   5000 Louise Drive,
                 Mechanicsburg, PA 17055-4899
4777734        +E-mail/Text: margreen@pinnaclehealth.org Jul 27 2016 19:07:30     Pinnacle Health Medical Group,
                 P.O. Box 1129,   Harrisburg, PA 17108-1129
4777741        +EDI: RMSC.COM Jul 27 2016 19:03:00     Syncb/Mattress Warehouse,   PO Box 965036,
                 Orlando, FL 32896-5036
4777740        +EDI: RMSC.COM Jul 27 2016 19:03:00     Syncb/lowes,   P.O. Box 956005,   Orlando, FL 32896-0001
4777744        +EDI: WFFC.COM Jul 27 2016 19:03:00     Wfds/wds,   PO Box 1697,   Winterville, NC 28590-1697
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4777722*        Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4777723*        Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4777724*        Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4777727*       ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial Services LLC,   P.O. Box 15316,
                 Wilmington, DE 19850)
4777730*       +Holy Spirit Hospital,   503 North 21st St.,   Camp Hill, PA 17011-2288
4777735*       +Pinnacle Health Medical Group,   P.O. Box 1129,   Harrisburg, PA 17108-1129
4777736*       +Pinnacle Health Medical Group,   P.O. Box 1129,   Harrisburg, PA 17108-1129
4777737*       +Pinnacle Health Medical Group,   P.O. Box 1129,   Harrisburg, PA 17108-1129
4777738*       +Pinnacle Health Medical Group,   P.O. Box 1129,   Harrisburg, PA 17108-1129
                                                                              TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: admin                 Page 2 of 2                  Date Rcvd: Jul 27, 2016
                               Form ID: 318                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2016 at the address(es) listed below:

```
        Joshua I Goldman    on behalf of Creditor   Home Point Financial Corporation
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
        Paul Donald Murphy-Ahles    on behalf of Joint Debtor Brenda Lee Keller pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        Paul Donald Murphy-Ahles    on behalf of Debtor Ronald W. Keller, II pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ronald W. Keller II** | Social Security number or ITIN   xxx−xx−3906 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brenda Lee Keller** | Social Security number or ITIN   xxx−xx−7638 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:16−bk−01598−MDF** | | |

## Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald W. Keller II                                    Brenda Lee Keller

**By the court:**   *Mary D. France*

July 27, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**